■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE JOHNSON, Appellant.—Judgment of conviction by plea of guilty, Supreme Court, New York County, rendered November 3, 1977, unanimously reversed, on the law, the plea vacated, the motion to suppress granted, and the indictment dismissed. This case is virtually a carbon copy of *People v Thomas* (62 AD2d 945) covering an arrest by the same officer featured herein, in which we reversed and dismissed. We do likewise here for the reasons articulated in *Thomas.* Concur—Birns, J. P., Evans, Fein, Markewich and Sullivan, JJ.